1  PHILLIP A. TALBERT
   United States Attorney
2  EMILY G. SAVAGEAU
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**

Feb 21, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6
7  Attorneys for Plaintiff
   United States of America

8
9              IN THE UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF THE APPLICATION | CASE NO: 2:23-SW-0145 CKD
   | OF THE UNITED STATES OF AMERICA
12 | FOR SEARCH WARRANT CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH
                                      WARRANT AND SEARCH WARRANT
13 | The residence located at          | AFFIDAVIT
   | 1050 West Capitol Avenue, Space 122
14 | West Sacramento, CA 95691

15
        Upon application of the United States of America and good cause having been shown,
16
        IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.
17

18  Dated:   February 21, 2023

19                                                    _____
20                                                    DEBORAH BARNES
                                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT